UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-02575-AH-(RAOx) | Date | July 17, 2026 |
| Title | *Michael Rhambo v. Yesai Safeian et al.* | | |

Present: The Honorable Anne Hwang, United States District Judge

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 11, 2026, Plaintiff Michael Rhambo ("Plaintiff") filed a Complaint against Defendant Yesai Safeian ("Defendant"). Dkt. No. 1. On June 26, 2026, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution due to Plaintiff's failure to file a proof of service. Dkt. No. 13. On July 10, 2026, Plaintiff filed a proof of service indicating that Defendant had been served on July 9, 2026. Dkt. No. 14.

Federal Rule of Civil Procedure 4(m) provides, in relevant part, that

> [i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Defendant was served 120 days after the Complaint was filed, which exceeds the 90 days allowed by Rule 4(m).

Accordingly, Plaintiff is **ORDERED** to show cause, in writing, no later than **fourteen (14) days** after entry of this Order, why this action should not be dismissed for Plaintiff's failure to comply with Rule 4(m). Failure to do so will result in the dismissal of this action without prejudice. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

**IT IS SO ORDERED.**